**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

M.D. Appeal Dkt.
36 MAP 2017

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 138 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JONATHAN NELSON SMITH, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner are:

(1) The Pennsylvania Superior Court's Opinion misapplies the Deadly Weapon Used enhancement, which leads to a result inconsistent with statutory construction by reading an additional specific intent element into the Deadly Weapon Used statute that does not exist in the plain language[.]

(2) The Pennsylvania Superior Court rendered a decision that is inconsistent with the plain language of *Commonwealth v. Buterbaugh*, *infra*, and thereby leads to a misapplication of *Buterbaugh* and an irreconcilable conflict between Superior Court case law[.]

(3) The Pennsylvania Superior Court's decision is inconsistent with fundamental notions of *mens rea* and the applicability of *mens rea* when no *mens rea* is specifically stated, improperly creating a default *mens rea* of specific intent.